IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:09cr85-MHT |
| NICADEMUS JOHNSON | ) | (WO) |

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on October 28, 2011, affirming the judgment of conviction and sentence pronounced in this case as to defendant Nicademus Johnson on February 25, 2011, and entered on March 7, 2011 (Doc. no. 121), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on November 29, 2011, ad received in the office of the clerk of this court on November 29, 2011 (Doc. no. 142), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Nicademus Johnson on February 25, 2011,

and entered on March 7, 2011 (Doc. no. 121), is continued in full force and effect.

DONE, this the 30th day of November, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**